**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF NEW YORK**
**TYSHAWN PITTMAN,**

                **Plaintiff,**                5:20-cv-422
                                                      (GLS/ATB)
            v.

**SGT/INV STACEY BILLINGS et al.**

                **Defendants.**

**APPEARANCES:**                      **OF COUNSEL:**

**FOR THE PLAINTIFF:**
Tyshawn Pittman
Pro Se
7 Owego Street
Cortland, NY 13045

**Gary L. Sharpe**
**Senior District Judge**

# ORDER

      The above-captioned matter comes to this court following an Order and Report-Recommendation (R&R) by Magistrate Judge Andrew T. Baxter duly filed on April 30, 2020. (Dkt. No. 7.) Following fourteen days from the service thereof, the Clerk has sent the file, including any and all objections filed by the parties herein, to the court for review.

      No objections having been filed, and the court having reviewed the R&R for clear error, it is hereby

      **ORDERED** that the Order and Report-Recommendation (Dkt. No. 7) is

**ADOPTED** in its entirety; and it is further

**ORDERED** that plaintiff's Eleventh Amendment claim is **DISMISSED WITH PREJUDICE**; and it is further

**ORDERED** that, with the exception of plaintiff's Fourth Amendment unreasonable seizure and his First Amendment retaliation claim against all three defendants, which **SURVIVE** review and shall proceed, the complaint is **DISMISSED WITHOUT PREJUDICE IN ALL OTHER RESPECTS**; and it is further

**ORDERED** that plaintiff may amend his complaint as to his equal protection and municipal liability claims within **THIRTY (30) DAYS** from the date of this Order[1]; and it is further

**ORDERED** that, if plaintiff files an amended complaint, it shall be referred to Magistrate Judge Baxter for review; and it is further

**ORDERED** that the Clerk provide a copy of this Order to plaintiff in accordance with the Local Rules of Practice.

**IT IS SO ORDERED.**

---

[1] Any amended complaint filed by plaintiff must bear his original signature and must be a complete pleading that will supersede and replace the original complaint in its entirety. The amended pleading must also name one or more defendants and set forth a short and plain statement of the facts on which he relies in support of his claim that the individual named as a defendant engaged in misconduct or wrongdoing that violated plaintiff's constitutional right.

May 21, 2020
Albany, New York

_____
Gary L. Sharpe
U.S. District Judge